1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorneys
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

**FILED**

JUL 28 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

TYNISHA MARIE HORNBUCKLE,
    aka "NeNe,"
    aka "My Nookie,"
    aka "No FEELINGs,"
TAMRELL RENA HORNBUCKLE,
    aka Tamrell Rena Ellis,
    aka "$$$mexcn.y$b10nco$$,"
LATRELLE ALICIA HORNBUCKLE,
CHERRELLE ELIZABETH HORNBUCKLE,
TAMMY RENA BROWN, and
JACQUELIN LANOISE RADISHA WADE,
    aka "CoCo,"

        Defendants.

) NO. CR. S 2:11-CR-327 MCE
)
)
) VIOLATIONS: 18 U.S.C. § 371-
) Conspiracy to Commit Sex
) Trafficking of Children or
) by Force, Fraud, and
) Coercion; 18 U.S.C. §
) 1591(a)(1) - Sex Trafficking
) of Children or by Force,
) Fraud, and Coercion (Five
) Counts); 18 U.S.C. §
) 1591(a)(2) - Sex Trafficking
) of Children or by Force,
) Fraud, and Coercion (Five
) Counts); 18 U.S.C. §
) 1515(b)(3) - Tampering with
) One or More Witnesses; 18
) U.S.C. § 1001 - Making a
) False Statement; 18 U.S.C. §
) 1594(d) - Criminal
) Forfeiture

I N D I C T M E N T

COUNT ONE:    [18 U.S.C. § 371 - Conspiracy to Commit Sex
              Trafficking of Children or by Force, Fraud, and
              Coercion]

        The Grand Jury charges: T H A T

                TYNISHA MARIE HORNBUCKLE,
                TAMRELL RENA HORNBUCKLE,
                LATRELLE ALICIA HORNBUCKLE,
              CHERRELLE ELIZABETH HORNBUCKLE,
                TAMMY RENA BROWN, and

                         1

1                        JACQUELIN LANOISE RADISHA WADE,

2 defendants herein, as follows:

3                    I. THE CONSPIRACY

4     1.   Beginning on or about a date unknown to Grand Jury, but

5 no later than July 31, 2008, and continuing to on or about May 5,

6 2011, in the State and Eastern District of California, defendants

7 TYNISHA MARIE HORNBUCKLE, TAMRELL RENA HORNBUCKLE, LATRELLE

8 ALICIA HORNBUCKLE, CHERRELLE ELIZABETH HORNBUCKLE, TAMMY RENA

9 BROWN, and JACQUELIN LANOISE RADISHA WADE, knowingly combined,

10 conspired, and agreed with each other to commit an offense

11 against the United States, specifically, Sex Trafficking of

12 Children or by Force, Fraud and Coercion, in violation of Title

13 18, United States Code, Section 1591, all in violation of Title

14 18, United States Code, Section 371.

15                 II. MANNER AND MEANS

16     2.   The conspiracy was carried out, in part, as follows:

17         (a)   Defendant LATRELLE ALICIA HORNBUCKLE recruited

18 females to work as prostitutes for the defendants.

19         (b)   Defendants TYNISHA MARIE HORNBUCKLE and TAMRELL

20 RENA HORNBUCKLE instructed the prostitutes who worked for them on

21 where they were to work as prostitutes, when they were to work,

22 and how much they were to charge for sexual acts.

23         (c)   Defendants TYNISHA MARIE HORNBUCKLE and TAMRELL

24 RENA HORNBUCKLE purchased clothing and shoes for prostitutes to

25 use while working.

26         (d)   Defendants TYNISHA MARIE HORNBUCKLE, TAMRELL RENA

27 HORNBUCKLE, LATRELLE ALICIA HORNBUCKLE, CHERRELLE ELIZABETH

28 HORNBUCKLE, and TAMMY RENA BROWN drove the prostitutes who worked

for them to locations in and around Sacramento, California where
prostitution activity occurred.

(e)   Defendants TYNISHA HORNBUCKLE, LATRELLE ALICIA
HORNBUCKLE, and JACQUELIN LANOISE RADISHA WADE rented motel rooms
and permitted prostitution activities to be performed at those
locations.

(f)   Defendants TYNISHA MARIE HORNBUCKLE, TAMRELL RENA
HORNBUCKLE, LATRELLE ALICIA HORNBUCKLE, CHERRELLE ELIZABETH
HORNBUCKLE, and TAMMY RENA BROWN allowed their residences to be
used for prostitution.

(g)   Defendants TYNISHA MARIE HORNBUCKLE and TAMRELL
RENA HORNBUCKLE used force, threats of force, fraud, and coercion
to control the movements and activities of prostitutes.

(h) Defendant JACQUELIN LANOISE RADISHA WADE escorted
and committed acts of prostitution with a minor female.

### III. OVERT ACTS

3.   In furtherance of the conspiracy, and to achieve the
objects thereof, defendants TYNISHA MARIE HORNBUCKLE, TAMRELL
RENA HORNBUCKLE, LATRELLE ALICIA HORNBUCKLE, CHERRELLE ELIZABETH
HORNBUCKLE, TAMMY RENA BROWN, and JACQUELIN LANOISE RADISHA WADE
committed, among others, the following overt acts in the State
and Eastern District of California:

(a) On or about July 15, 2009, defendant TYNISHA MARIE
HORNBUCKLE called minor victim "P.H." and threatened to kill her
and her family.

(b) On or about September 12, 2009, defendant TYNISHA
MARIE HORNBUCKLE threatened a female prostitute identified as
"A.He." with a knife.

3

1  (c) On or about February 8, 2011, defendant LATRELLE
2  ALICIA HORNBUCKLE rented a motel room at the Motel 6 on Elsie
3  Avenue in Sacramento, California for the purpose of prostitution
4  activity.

5  (d) Between on or about February 11, 2011, and on or
6  about February 20, 2011, defendant JACQUELIN LANOISE RADISHA WADE
7  rented motel rooms at the Motel 6 on Elsie Avenue in Sacramento,
8  California for the purpose of prostitution activity.

9  (e) On or about February 18, 2011, defendant TYNISHA
10  MARIE HORNBUCKLE rented a motel room at the Motel 6 on Elsie
11  Avenue in Sacramento, California for the purpose of prostitution
12  activity.

13  (f) On a date unknown to the Grand Jury, but no later
14  than approximately Marhc 2011, defendants TYNISHA MARIE
15  HORNBUCKLE and TAMRELL RENA HORNBUCKLE, bought shoes and
16  accessories at Ladies Outlet Shoes to be used by prostitutes who
17  worked for them.

18  (g) Between on or about a date unknown to the Grand
19  Jury, and on or about April 4, 2011, defendant TYNISHA MARIE
20  HORNBUCKLE sent a series of text messages to prostitutes in order
21  to coordinate acts of prostitution and direct the prostitutes'
22  movements.

23  (h) On or about April 5, 2011, defendant TAMRELL RENA
24  HORNBUCKLE drove minor female victim "P.H." to a prostitution
25  date at the Motel 6 on Stockton Boulevard in Sacramento,
26  California.

27  (i) On or about April 5, 2011, defendant JACQUELIN
28  LANOISE RADISHA WADE escorted minor victim "P.H." to a

4

1  prostitution date at the Motel 6 on Stockton Boulevard in

2  Sacramento, California.

3      All in violation of Title 18, United States Code, Section

4  371.

5

6  <u>COUNT TWO:</u>    [18 U.S.C. § 1591(a)(1) - Sex Trafficking of
                 Children or by Force, Fraud, and Coercion]

7      The Grand Jury further charges:  T H A T

8                TYNISHA MARIE HORNBUCKLE,
              TAMRELL RENA HORNBUCKLE,

9                LATRELLE ALICIA HORNBUCKLE,
         CHERRELLE ELIZABETH HORNBUCKLE, and

10                  TAMMY RENA BROWN,

11  defendants herein, between on or about a date unknown to the

12  Grand Jury, but no later than July 31, 2008, and on or about

13  April 5, 2011, in the State and Eastern District of California,

14  in and affecting interstate commerce, knowingly did recruit,

15  entice, harbor, transport, provide, obtain, and maintain by any

16  means, a person, to wit: a minor female victim identified as

17  "P.H.," knowing that means of force, threats of force, fraud,

18  coercion, and any combination of such means, would be used to

19  cause the person to engage in a commercial sex act, and knowing

20  that the person had not attained the age of 18 years and would be

21  caused to engage in a commercial sex act, in violation of Title

22  18, United States Code, Sections 2 and 1591(a)(1).

23

24  <u>COUNT THREE</u>:   [18 U.S.C. § 1591(a)(2) - Participating in a Sex
                Trafficking Venture]

25      The Grand Jury further charges:  T H A T

26                TYNISHA MARIE HORNBUCKLE,
              TAMRELL RENA HORNBUCKLE,

27                LATRELLE ALICIA HORNBUCKLE,
         CHERRELLE ELIZABETH HORNBUCKLE, and

28                  TAMMY RENA BROWN,

1   defendants herein, between on or about a date unknown to the
2   Grand Jury, but no later than July 31, 2008, and on or about
3   April 5, 2011, in the State and Eastern District of California,
4   in and affecting interstate commerce, knowingly benefitted,
5   financially and by receiving anything of value, from
6   participation in a venture which did recruit, entice, harbor,
7   transport, provide, obtain, and maintain by any means, a person,
8   to wit: a minor female victim identified as "P.H.," knowing that
9   means of force, threats of force, fraud, coercion, and any
10  combination of such means, would be used to cause the person to
11  engage in a commercial sex act, and knowing that the person had
12  not attained the age of 18 years and would be caused to engage in
13  a commercial sex act, in violation of Title 18, United States
14  Code, Sections 2 and 1591(a)(2).

15  COUNT FOUR:      [18 U.S.C. § 1591(a)(1) - Sex Trafficking of
16                    Children or by Force, Fraud, and Coercion]

17      The Grand Jury further charges:  T H A T

18                  TYNISHA MARIE HORNBUCKLE,
                    TAMRELL RENA HORNBUCKLE,
19                  LATRELLE ALICIA HORNBUCKLE,
                CHERRELLE ELIZABETH HORNBUCKLE, and
20                  TAMMY RENA BROWN,

21  defendants herein, between no later than on or about April 1,
22  2009, and on or about August 18, 2009, in the State and Eastern
23  District of California, in and affecting interstate commerce,
24  knowingly did recruit, entice, harbor, transport, provide,
25  obtain, and maintain by any means, a person, to wit: a minor
26  female victim identified as "A.He.," knowing that the person had
27  not attained the age of 18 years and would be caused to engage in
28  a commercial sex act, in violation of Title 18, United States

1 Code, Sections 2 and 1591(a)(1).

2

3 COUNT FIVE:      [18 U.S.C. § 1591(a)(1) - Sex Trafficking of
                   Children or by Force, Fraud, and Coercion]

4     The Grand Jury further charges:  T H A T

5                  TYNISHA MARIE HORNBUCKLE,
                   TAMRELL RENA HORNBUCKLE,
6                  LATRELLE ALICIA HORNBUCKLE,
                   CHERRELLE ELIZABETH HORNBUCKLE, and
7                  TAMMY RENA BROWN,

8 defendants herein, between no later than on or about April 1,

9 2009, and on or about April 1, 2011, in the State and Eastern

10 District of California, in and affecting interstate commerce,

11 knowingly did recruit, entice, harbor, transport, provide,

12 obtain, and maintain by any means, a person, to wit: a female

13 victim identified as "A.He.," knowing that means of force,

14 threats of force, fraud, coercion, and any combination of such

15 means, would be used to cause the person to engage in a

16 commercial sex act, in violation of Title 18, United States Code,

17 Sections 2 and 1591(a)(1).

18

19 COUNT SIX:       [18 U.S.C. § 1591(a)(2) - Participating in a Sex
                   Trafficking Venture]

20     The Grand Jury further charges:  T H A T

21                 TYNISHA MARIE HORNBUCKLE,
                   TAMRELL RENA HORNBUCKLE,
22                 LATRELLE ALICIA HORNBUCKLE,
                   CHERRELLE ELIZABETH HORNBUCKLE, and
23                 TAMMY RENA BROWN,

24 defendants herein, between no later than on or about April 1,

25 2009, and on or about August 18, 2009, in and affecting

26 interstate commerce, in the State and Eastern District of

27 California, knowingly benefitted, financially and by receiving

28 things of value, from participation in a venture which did

7

recruit, entice, harbor, transport, provide, obtain, and maintain
by any means, a person, to wit: a minor female victim identified
as "A.He.," knowing that the person had not attained the age of
18 years and would be caused to engage in a commercial sex act,
in violation of Title 18, United States Code, Sections 2 and
1591(a)(2).

COUNT SEVEN:   [18 U.S.C. § 1591(a)(2) - Participating in a Sex
               Trafficking Venture]

The Grand Jury further charges:   T H A T

TYNISHA MARIE HORNBUCKLE,
TAMRELL RENA HORNBUCKLE,
LATRELLE ALICIA HORNBUCKLE,
CHERRELLE ELIZABETH HORNBUCKLE, and
TAMMY RENA BROWN,

defendants herein, between no later than on or about April 1,
2009, and on or about April 1, 2011, in the State and Eastern
District of California, in and affecting interstate commerce,
knowingly benefitted, financially and by receiving things of
value, from participation in a venture which did recruit, entice,
harbor, transport, provide, obtain, and maintain by any means, a
person, to wit: a female victim identified as "A.He.," knowing
that means of force, threats of force, fraud, coercion, and any
combination of such means, would be used to cause the person to
engage in a commercial sex act, in violation of Title 18, United
States Code, Sections 2 and 1591(a)(2).

COUNT EIGHT:   [18 U.S.C. § 1591(a)(1) - Sex Trafficking of
               Children or by Force, Fraud, and Coercion]

The Grand Jury further charges:   T H A T

TYNISHA MARIE HORNBUCKLE,
TAMRELL RENA HORNBUCKLE,
LATRELLE ALICIA HORNBUCKLE,
CHERRELLE ELIZABETH HORNBUCKLE, and

8

1    TAMMY RENA BROWN,

2  defendants herein, between on or about a date unknown to the

3  Grand Jury, but no later than December 14, 2009, and on or about

4  December 13, 2010, in the State and Eastern District of

5  California, in and affecting interstate commerce, knowingly did

6  recruit, entice, harbor, transport, provide, obtain, and maintain

7  by any means, a person, to wit: a minor female victim identified

8  as "A.Hi.," knowing that the person had not attained the age of

9  18 years and would be caused to engage in a commercial sex act,

10  in violation of Title 18, United States Code, Sections 2 and

11  1591(a)(1).

12

13  <u>COUNT NINE</u>:      [18 U.S.C. § 1591(a)(1) - Sex Trafficking of
                       Children or by Force, Fraud, and Coercion]

14      The Grand Jury further charges:   T H A T

15                  TYNISHA MARIE HORNBUCKLE,
                    TAMRELL RENA HORNBUCKLE,
16                  LATRELLE ALICIA HORNBUCKLE,
                CHERRELLE ELIZABETH HORNBUCKLE, and
17                    TAMMY RENA BROWN,

18  defendants herein, between on or about a date unknown to the

19  Grand Jury, but no later than December 14, 2009, and on or about

20  April 15, 2011, in the State and Eastern District of California,

21  in and affecting interstate commerce, knowingly did recruit,

22  entice, harbor, transport, provide, obtain, and maintain by any

23  means, a person, to wit: a female victim identified as "A.Hi.,"

24  knowing that means of force, threats of force, fraud, coercion,

25  and any combination of such means, would be used to cause the

26  person to engage in a commercial sex act, in violation of Title

27  18, United States Code, Sections 2 and 1591(a)(1).

28  ///

9

1  COUNT TEN:  [18 U.S.C. § 1591(a)(2) - Participating in a Sex
2                   Trafficking Venture]

3       The Grand Jury further charges:  T H A T

4                   TYNISHA MARIE HORNBUCKLE,
                    TAMRELL RENA HORNBUCKLE,
5                   LATRELLE ALICIA HORNBUCKLE,
               CHERRELLE ELIZABETH HORNBUCKLE, and
6                       TAMMY RENA BROWN,

7  defendants herein, between on or about a date unknown to the

8  Grand Jury, but no later than December 14, 2009, and on or about

9  December 13, 2010, in the State and Eastern District of

10 California, in and affecting interstate commerce, knowingly

11 benefitted, financially and by receiving things of value, from

12 participation in a venture which did recruit, entice, harbor,

13 transport, provide, obtain, and maintain by any means, a person,

14 to wit: a minor female victim identified as "A.Hi.," knowing that

15 the person had not attained the age of 18 years and would be

16 caused to engage in a commercial sex act, in violation of Title

17 18, United States Code, Sections 2 and 1591(a)(2).

18 COUNT ELEVEN:  [18 U.S.C. § 1591(a)(2) - Participating in a Sex
19                    Trafficking Venture]

20      The Grand Jury further charges:  T H A T

21                  TYNISHA MARIE HORNBUCKLE,
                    TAMRELL RENA HORNBUCKLE,
22                  LATRELLE ALICIA HORNBUCKLE,
               CHERRELLE ELIZABETH HORNBUCKLE, and
23                      TAMMY RENA BROWN,

24 defendants herein, between on or about a date unknown to the

25 Grand Jury, but no later than December 14, 2009, and on or about

26 April 15, 2011, in the State and Eastern District of California,

27 in and affecting interstate commerce, knowingly benefitted,

28 financially and by receiving things of value, from participation

   in a venture which did recruit, entice, harbor, transport,

provide, obtain, and maintain by any means, a person, to wit: a
female victim identified as "A.Hi.," knowing that means of force,
threats of force, fraud, coercion, and any combination of such
means, would be used to cause the person to engage in a
commercial sex act, in violation of Title 18, United States Code,
Sections 2 and 1591(a)(2).

COUNT TWELVE:    [18 U.S.C. § 1512(b)(3) - Tampering with One of
                 More Witnesses]

The Grand Jury further charges: T H A T

TAMRELL RENA HORNBUCKLE, and
LATRELLE ALICIA HORNBUCKLE,

defendants herein, on or about May 5, 2011, did knowingly
corruptly persuade one or more persons, and attempt to do so,
with intent to hinder, delay, and prevent the communication to
law enforcement officers of information relating to the
commission and possible commission of one or more Federal
offenses, to wit: sex trafficking of a minor, or by force, fraud,
and coercion, in violation of 18 U.S.C. § 1591, all in violation
of Title 18, United States Code, Section 1512(b)(3).

COUNT THIRTEEN:    [18 U.S.C. § 1001 False Official Statement]

The Grand Jury further charges: T H A T

JACQUELIN LANOISE RADISHA WADE,

defendant herein, on or about September 6, 2010, in a matter
within the jurisdiction of the Federal Bureau of Investigation,
an agency of the United States, did knowingly and willfully make
a false, fictitious, and fraudulent statement and representation,
to wit: that she first met the minor female victim "P.H." around
August 10, 2010, when in truth and in fact, she met the minor

1 | female victim "P.H." at a date and time unknown to the Grand
2 | Jury, but no later than July 16, 2010, in violation of Title 18,
3 | United States Code, Section 1001.

4 |
5 | FORFEITURE ALLEGATION:   [18 U.S.C. § 1594(d) - Criminal
  |                             Forfeiture]

6 |      1.   Upon conviction or one or more of the offenses alleged
7 | in Counts One through Eleven of this Indictment, defendants
8 | TYNISHA MARIE HORNBUCKLE, TAMRELL RENA HORNBUCKLE, LATRELLE
9 | ALICIA HORNBUCKLE, CHERRELLE ELIZABETH HORNBUCKLE, TAMMY RENA
10 | BROWN, and JACQUELIN LANOISE RADISHA WADE  shall forfeit to the
11 | United States pursuant to 18 U.S.C. § 1594(d) all their interest
12 | as follows: in any property, real or personal, that was used or
13 | intended to be used to commit or to facilitate the commission of
14 | such violations, and any property, real or personal, constituting
15 | or derived from, any proceeds that such person obtained, directly
16 | or indirectly, as a result of such violations.

17 |      2.   If any property subject to forfeiture as a result of the
18 | offenses alleged in Counts One through Eleven of this Indictment:
19 |           a.   cannot be located upon the exercise of due diligence;
20 |           b.   has been transferred or sold to, or deposited with, a
21 |                third party;
22 |           c.   has been placed beyond the jurisdiction of the Court;
23 |           d.   has been substantially diminished in value; or
24 |           e.   has been commingled with other property which cannot be
25 |                divided without difficulty;
26 | it is the intent of the United States, pursuant to 28 U.S.C. §
27 | 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of
28 |

12

1  any other property of said defendant up to the value of the
2  property subject to forfeiture.

3

4

5
6  BENJAMIN B. WAGNER
7  United States Attorney

FOREPERSON

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

13

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA

*vs.*

TYNISHA MARIE HORNBUCKLE,
aka "NeNe,"
aka "My Nookie,
" aka "No FEELINGs,"
TAMRELL RENA HORNBUCKLE,
aka Tamrell Rena Ellis,
aka "$$$mexcn.y$b10nco$$,"
LATRELLE ALICIA HORNBUCKLE,
CHERRELLE ELIZABTH HORNBUCKLE,
TAMMY RENA BROWN,
and JACQUELIN LANOISE RADISHA WADE,
aka "CoCo,"

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 371 - Conspiracy to Commit Sex
Trafficking of Children or by Force, Fraud, and Coercion;
18 U.S.C. § 1591 (a) (1) - Sex Trafficking of Children or
by Force, Fraud, and Coercion (Five Counts); 18 U.S.C.
§ 1591 (a) (2) - Sex Trafficking of Children or by
Force, Fraud, and Coercion (Five Counts); 18 U.S.C. § 1515 (b)
(3) - Tampering with One or More Witnesses;
18 U.S.C. § 1001 - Making a False Statement;
18 U.S.C. § 1594 (d) - Criminal Forfeiture

*A true bill,*

/S/

*Foreman.*

*Filed in open court this* ___ 2 8 ___ *day*
*of* ___ July ___ , A.D. 20 __ 11 __

*Clerk.*

*Bail, $* _____ NO BAIL WARRANT

GREGORY G. HOLLOWS

2 1 1 - cr - 00 863 5257
3 327

<u>**PENALTY SLIP**</u>

**DEFENDANTS:**     **TYNISHA MARIE HORNBUCKLE**
               **aka "NeNe"**
               **aka "My Nookie"**
               **aka "No FEELINGs"**
     **TAMRELL RENA HORNBUCKLE**
               **aka Tamrell Rena Ellis**
               **aka "$$$mexcn.y$b10nco$$"**
     **LATRELLE ALICIA HORNBUCKLE**
     **CHERRELLE ELIZABTH HORNBUCKLE**
     **TAMMY RENA BROWN**
     **JACQUELIN LANOISE RADISHA WADE**
               **aka "CoCo**

SEALED

<u>**COUNT ONE:**</u>     **ALL DEFENDANTS**

VIOLATION:     18 U.S.C. § 371 - Conspiracy to Commit Sex Trafficking of Children or by Force, Fraud, or Coercion

PENALTY:     Not more than $250,000 Fine; or
Not more than 5 years imprisonment, or both;
Not more than 3 years of supervised release.

<u>**COUNTS TWO through ELEVEN:**</u>     **TYNISHA MARIE HORNBUCKLE**
     **TAMRELL RENA HORNBUCKLE**
     **LATRELLE ALICIA HORNBUCKLE**
     **CHERRELLE ELIZABTH HORNBUCKLE**
     **TAMMY RENA BROWN**

VIOLATION:     18 U.S.C. § 1591(a)(1) and (2) - Sex Trafficking of Children or by Force, Fraud, or Coercion

PENALTY:     Not more than $250,000 fine; or
Not less than 10 years imprisonment and up to life, or both;
Life supervised release .

<u>**COUNT TWELVE:**</u> **TAMRELL RENA HORNBUCKLE**
     **LATRELLE ALICIA HORNBUCKLE**

VIOLATION:     18 U.S.C. § 1512(b)(3) - Tampering with One or More Witnesses

PENALTY:           Not more than $250,000 Fine; or
Not more than 20 years imprisonment, or both;
Not more than 3 years of supervised release.

## COUNT THIRTEEN:      JACQUELIN LANOISE RADISHA WADE,

VIOLATION:      18 U.S.C. § 1001 - False Official Statement

PENALTY:           Not more than $250,000 Fine; or
Not more than 8 years imprisonment, or both;
Not more than 3 years of supervised release.

## FORFEITURE ALLEGATION:

VIOLATION:      18 U.S.C. § 2253 - Criminal Forfeiture
PENALTY:        As stated in indictment.

ASSESSMENT:    $100 special assessment for each count