```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  801 I Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 498-5700

 4  Attorney for Defendant
    JACQUELIN LANOISE RADISHA WADE
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-cr-00327-MCE |
| ) Plaintiff, ) | |
| ) | WAIVER OF DEFENDANT'S PRESENCE |
| v. ) | |
| ) | |
| JACQUELIN LANOISE RADISHA WADE ) | |
| ) Defendant. ) | |
| ) | |
| _____ ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, JACQUELIN LANOISE RADISHA WADE, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea, impanelment of jury and imposition of sentence.

///

///

1  Defendant hereby requests the Court to proceed during every
2  absence which the Court may permit pursuant to this waiver; agrees that
3  defendant's interests will be deemed represented at all times by the
4  presence of the defendant's attorney, the same as if the defendant were
5  personally present; and further agrees to be present in court ready for
6  trial any day and hour the Court may fix in the defendant's absence.
7  The defendant further acknowledges being informed of the rights
8  under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes
9  the defendant's attorney to set times and dates under that Act without
10 the defendant's personal presence.
11 The original signed copy of this waiver is being preserved by the
12 attorney undersigned.

Dated: August 22, 2011

/s/ Jacquelin L. Wade
JACQUELIN LANOISE RADISHA WADE
Defendant

I agree and consent to my client's waiver of appearance.

Dated: August 22, 2011

/s/ Matthew M. Scoble

MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant

IT IS SO ORDERED.

Dated: September 1, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Waiver of Appearance                -2-