1  BRUCE LOCKE (#177787)
   Moss & Locke
2  800 Howe Avenue, Suite 110
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   TYNISHA HORNBUCKLE

5

6              IN THE UNITED STATES DISTRICT COURT

7           FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,          )     No.  2:11-cr-00327-MCE
                                      )
9              Plaintiff,             )
                                      )
10                                    )     STIPULATION TO CONTINUE STATUS
                                      )     CONFERENCE AND EXCLUDE TIME
11       v.                           )     UNDER SPEEDY TRIAL ACT
                                      )
12  TYNISHA HORNBUCKLE, et al.,       )
                                      )
13             Defendants.            )
   _____)

14       IT IS HEREBY STIPULATED AND AGREED between the defendants, Tynisha

15  Hornbuckle, Tamrell Hornbuckle, Latrelle Hornbuckle, Cherrelle Hornbuckle, and Tammy Brown,

16  by and through their undersigned defense counsel, and the United States of America by and through

17  its counsel, Assistant U.S. Attorney Kyle Reardon, that the status conference presently set for March

18  8, 2012 at 9:00 a.m., should be continued to April 12, 2012 at 9:00 a.m., and that time under the

19  Speedy Trial Act should be excluded from March 8, 2012 through April 12, 2012.

20       The reason for the continuance is the defense needs additional time to conduct pretrial

21  investigation , including the identification and interview of the alleged victims and witnesses, and

22  review of recently provided discovery; complete potential plea negotiations; and prepare for trial.

23  The exclusion of time is also necessary to ensure continuity of counsel. The case is currently set for

24  trial on June 4, 2012.  Accordingly, the time between March 8, 2012 and April 12, 2012 should be

25  excluded  from  the  Speedy  Trial  calculation  pursuant  to  Title  18,  States  Code,  Section

26  3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.

27  ///

28

29                                    1

The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Gavle, Mr. Hedberg, Mr. Peters, Mr. Warriner, and Mr. Reardon have authorized Mr. Locke to sign this pleading for them. .

DATED: March 6, 2012          /S/ Bruce Locke
                                            BRUCE LOCKE
                                            Attorney for Tynisha Hornbuckle

DATED: March 6, 2012          /S/ Bruce Locke
                                             HAYES GABLE
                                            Attorney for Tamrell Hornbuckle

DATED: March 6, 2012          /S/ Bruce Locke
                                             OLAF WILLIAM HEDBERG
                                            Attorney for Latrelle Hornbuckle

DATED: March 6, 2012          /S/ Bruce Locke
                                             RONALD JAMES PETERS
                                            Attorney for Cherrelle Hornbuckle

DATED: March 6, 2012          /S/ Bruce Locke
                                             TIMOTHY E. WARRINER
                                            Attorney for Tammy Brown

DATED: March 6, 2012          /S/ Bruce Locke
                                             For KYLE REARDON
                                            Attorney for the United States

       The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, therefore.

       IT IS SO ORDERED.

Dated:  March 12, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE