BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
NICHOLAS FOGG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>TYNISHA MARIE HORNBUCKLE, and<br>TAMRELL RENA HORNBUCKLE<br><br>    Defendant. | CASE NO.  2:11-CR-00327 MCE<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING FROM  AUGUST 9, 2012, TO SEPTEMBER 25, 2012** |

The parties request that the judgment and sentencing currently set for August 9, 2012, at 9:00 a.m., be continued to Tuesday, September 25, 2012, at 9:00 a.m.  This continuance is necessary in order to allow for the presentation of evidence on several disputed sentencing issues.  The United States intends to call at least three,

///

///

///

///

///

///

and up to six witnesses during the sentencing hearing.  The parties anticipate that the sentencing hearing will take approximately four hours.

Dated: August 8, 2012                    Respectfully Submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney


                                    By:  */s/ Kyle Reardon*
                                         KYLE REARDON
                                         Assistant U.S. Attorney

                                         NICHOLAS FOGG
                                         Special Assistant U.S. Attorney


Dated: August 8, 2012                    */s/ Kyle Reardon* for
                                         BRUCE LOCKE
                                         Attorney for the Tynisha Hornbuckle


Dated: August 8, 2012                    */s/ Kyle Reardon* for
                                         HAYES GABLE
                                         Attorney for the Tamrell Hornbuckle

**ORDER**

The parties' stipulation is approved.  The judgment and sentencing currently set for August 9, 2012, at 9:00 a.m., is continued to September 25, 2012, at 9:00 a.m.

   IT IS SO ORDERED.

Dated: August 14, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE