Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
TAMMY BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S 11 0327 MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING DATE |
| v. | |
| TAMMY BROWN, | |
| Defendant. | |

It is hereby stipulated by and between Timothy Warriner, counsel for defendant Tammy Brown, and Kyle Reardon, Assistant United States Attorney, counsel for the government, that the sentencing hearing now set for October 11, 2012, be vacated, and that judgment and sentencing be set for **November 8, 2012, at 9:00 a.m.** Said continuance is requested in order to afford defense counsel additional time to prepare for the sentencing hearing. The U.S. Probation officer has been advised of the new sentencing date and has no objection thereto.

Dated: September 26, 2012  /s/ Timothy E. Warriner, Attorney for Ms. Brown

Dated: September 26, 2012  /s/ Kyle Reardon, Assistant United States Attorney for The Government

## ORDER

GOOD CAUSE APPEARING, and based on the foregoing stipulation of counsel, the October 11, 2012 sentencing date is vacated, and the matter is set for judgment and sentence to occur on November 8, 2012 at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE