**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone:   (916) 922-9270**
**Facsimile:   (916) 922-2465**
Email: **ronslaw207@sbcglobal.net**

Attorney for Defendant
**CHERRELLE HORNBUCKLE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 11-cr-327 (MCE) |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER CONTINUING SENTENCING FROM OCTOBER 11, 2012 TO DECEMBER 13, 2012 |
| CHERRELLE HORNBUCKLE , ) | |
| Defendant, ) | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Kyle Reardon, Assistant United States Attorney, and defendant Cherrelle Hornbuckle, through her attorney, Ronald Peters, Esq, hereby stipulate and agree that the judgment and sentencing hearing scheduled for October 11, 2012, at 9:00 am should be continued to December 13, 2012 at 9:00 a.m.

The presentence report contains factors which were not contemplated by the plea agreement and both sides need additional time to address those issues and possible variances.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code  T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision from October 11, 2012, to and including December 13, 2012.

///
///
///

1

DATE: September 26, 2012                Respectfully Submitted,
                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATE: September 26, 2012                */s/ Kyle Reardon*
                                        KYLE REARDON
                                        **Assistant U.S. Attorney**


DATE: September 26, 2012                /s/Ron Peters
                                        RON PETERS
                                        Attorney for Defendant
                                        **Cherrelle Hornbuckle**


## ORDER FINDING EXCUSABLE TIME

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to December 13, 2012 at 9:00 a.m. The court finds excusable time in this matter from October 11, 2012 through December 13, 2012 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

**IT IS SO ORDERED.**

Dated:  September 28, 2012

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE

The Probation Officer and all parties shall adhere to this schedule and unless its later modified by this court.

| | |
|---|---|
| Judgment and sentencing date: | 12/13/2012 |
| Reply or statement of non-opposition: | 12/06/2012 |
| Motion for correction of the Pre-Sentence report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | 11/29/2012 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than | 11/22/2012 |
| Counsel's written objections to the Pre Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than | 11/15/2012 |