IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JACQUELIN WADE,<br><br>        Defendant. | No. 2:11-cr-00327 MCE<br><br>ORDER AUTHORIZING LIMITED RELEASE OF PLEA AGREEMENT; PROTECTIVE ORDER IN CONNECTION THEREWITH |

On September 21, 2012, the government moved to unseal the plea agreement in this matter. Assistant Federal Defender Alexandra Negin subsequently objected to a complete unsealing of Defendant Wade's plea agreement, and proposed a protective order. Assistant United States Attorney Kyle Reardon filed a statement of non-opposition to that request. Accordingly, good cause appearing therefor,

Defendant Jacquelin Wade's plea agreement is hereby unsealed, with a protective order providing that the government may provide said plea agreement only to the defense counsel for Tynisha Hornbuckle and Tamrell Hornbuckle.

///

It is further ordered that counsel for Tynisha Hornbuckle and Tamrell Hornbuckle may not distribute Ms. Wade's plea agreement to their clients or any other individual, and that they may only disclose the contents of the plea agreement as necessary to effectively defend their clients at the sentencing hearing.

IT IS SO ORDERED.

Dated: October 10, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE