Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
TAMMY BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-00327 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER CONTINUING |
| v. | ) | SENTENCING DATE |
| | ) | |
| TAMMY BROWN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated by and between Timothy Warriner, counsel for defendant Tammy Brown, and Kyle Reardon, Assistant United States Attorney, counsel for the government, that the sentencing hearing now set for November 8, 2012, be vacated, and that judgment and sentencing be set for **December 13, 2012, at 9:00 a.m.** Said continuance is requested in order to afford defense counsel additional time to prepare for the sentencing hearing.

Dated: November 1, 2012    /s/ Timothy E. Warriner, Attorney for Ms. Brown

Dated: November 1, 2012    /s/ Kyle Reardon, Assistant United States Attorney for
                           The Government

## ORDER

GOOD CAUSE APPEARING, and based on the foregoing stipulation of counsel, the November 8, 2012 sentencing date is vacated, and the matter is set for judgment and sentence to occur on December 13, 2012 at 9:00 a.m.

Dated: November 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE